No. 87–1503. SHIPPS *v.* STOUGHTON POLICE DEPARTMENT ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a

1018

petition for writ of certiorari, certiorari denied. █

No. 87–1539. BRANSON v. CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., Los Angeles County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.